```
                                              FILED
                                              June 24, 2011
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 11-0176-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| YAN EBYAM, ) | PERSON IN CUSTODY |
| Defendant. ) | |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release YAN EBYAM, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $150,000.00 (or all available equity in subject property)

   ___ Unsecured Appearance Bond

   _X_ Secured Appearance Bond

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) Secured bond documents to be filed by 07/11/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  06-24-2011  at  3:00 a.m.

By _____
Edmund F. Brennan
United States Magistrate Judge